# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

GULF ISLAND SHIPYARDS, LLC

VERSUS

HORNBECK OFFSHORE SERVICES, LLC

NO.  2023 CW 0121

**MARCH 2, 2023**

---

In Re:   Zurich American Insurance Company and Fidelity and Deposit Company of Maryland, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 201814866.

---

**BEFORE:   THERIOT, CHUTZ, AND HESTER, JJ.**

**STAY DENIED; WRIT DENIED.**

**MRT**
**WRC**
**CHH**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
     FOR THE COURT